IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: RUTH EDWARDS | § | CASE NO. 19-30572-H4 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### NOTICE OF FEES DUE PURSUANT TO FIXED FEE AGREEMENT
### FOR DEFENSE OF TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

RADI M. RASHID (Rashid Law Firm) hereby requests payment from the Chapter 13 Trustee for defense of a Motion to Dismiss in the amount of $275, Docket No. 160.

Respectfully submitted,

**RASHID LAW FIRM**

*/s/ RADI M. RASHID*
RADI M. RASHID
SBN: 24109047/ SDTX: 1125413
10222 Gulf Freeway, Ste. B-100
Houston, TX 77034
(832) 209-8833 Phone
(832) 900-4932 Fax
cmecfrashid@gmail.com
Attorney for Debtor

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Debtor's Notice of Fees Due Pursuant to Fixed Fee Agreement for Defense of Trustee's Motion to Dismiss was served to all parties in interest at the addresses set forth below by via first class, telephonic transmission and/or served by electronic means to all interested parties registered with the CM/ECF system on December 4, 2023.

*/s/ RADI M. RASHID*
RADI M. RASHID, SBN 24109047
Attorney for Debtor

Office of the US Trustee
515 Rusk Ave, Ste. 3516
Houston, TX 77002

David G. Peake
Chapter 13 Trustee
9660 Hillcroft, Ste. 430
Houston, TX 77096

Ruth Edwards
7922 Oak Moss Rd.
Spring, TX 77379