**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-30572** |
| | § | **(Chapter 13)** |
| **RUTH EDWARDS** | § | |

## NOTICE OF APPEARANCE ON BEHALF OF TOWD POINT MASTER FUNDING TRUST 2021-PM1

Please take notice that the undersigned attorney hereby appears as counsel for Towd Point Master Funding Trust 2021-PM1, pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address:

ReShaundra Suggs
MILLER, GEORGE & SUGGS, PLLC
6080 Tennyson Parkway, Suite 100
Plano, TX 75024
Telephone: 972-532-0128
Facsimile: 214-291-5507
rsuggs@mgs-legal.com

Respectfully submitted,

*/s/ ReShaundra Suggs*
ReShaundra Suggs
State Bar No: 77094 FL
SD of TX Bar No. 3816336
rsuggs@mgs-legal.com
MILLER, GEORGE & SUGGS, PLLC
6080 Tennyson Parkway, Suite 100
Plano, TX 75024
Phone: 972-532-0128
Fax: 214-291-5507
*Attorney for Towd Point Master Funding Trust 2021-PM1*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 15th day of February, 2024.

*/s/ ReShaundra Suggs*
**RESHAUNDRA SUGGS**

**Via Pre-Paid U.S. Mail:**

Ruth Edwards
7922 Oak Moss Dr
Spring, TX 77379
Debtor(s)

**Via ECF:**

Azwar-Radi M. Rashid
Rashid Law Firm, P.C.
10222 Gulf Freeway, Suite B-100
Houston, TX 77034
Attorney for Debtor(s)

David G. Peake
9660 Hillcroft, Suite 430
Houston, TX 77096
Chapter 13 Trustee

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
U.S. Trustee